IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN DUDLEY LAMM, #332064      PLAINTIFF

VERSUS      CIVIL ACTION NO. 1:10-cv-493-LG-RHW

HEALTH ASSURANCE      DEFENDANT

## ORDER

Upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That **on or before December 17, 2010**, plaintiff shall file a written response to:

(a) specifically state how defendant HEALTH ASSURANCE violated plaintiff's constitutional rights;

(b) if the plaintiff wishes to name additional defendants such as the officer who removed his insulin pump or other officers who failed to provide plaintiff with adequate medical care, the plaintiff is directed to provide the names of the additional defendants as well as a street address where that person maybe found for service of process; and

(c) if the plaintiff names additional defendants, the plaintiff must specifically state how each defendant violated his constitutional rights.

2. That plaintiff filed his written response with the Clerk, Southern Division, 2012 15th Street, Suite 403, Gulfport, Mississippi 39501.

3. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

4.  That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 2nd day of December, 2010.

             *s/ Robert H. Walker*
             UNITED STATES MAGISTRATE JUDGE