IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN DUDLEY LAMM, #332064                                                PLAINTIFF

VERSUS                                          CIVIL ACTION NO.   1:10-cv-493-LG-RHW

HEALTH ASSURANCE                                            DEFENDANT

<u>ORDER</u>

This cause comes before the Court on plaintiff's response [14] filed December 20, 2010, to the order [13] entered on December 2, 2010.  Having reviewed the response [14], this Court finds that the plaintiff's allegations remain unclear concerning the individuals who allegedly denied him his insulin pump and medical care after he arrived at Harrison County Adult Detention Center.  The response [14] does not clearly state if the plaintiff is adding Jenny White as a defendant.  Additionally, this Court is unclear if the plaintiff wants to add Officer Rocco as a defendant since he stated in his original complaint that this officer was the one who removed his insulin pump.  Moreover, the plaintiff does not state the names of the individuals who he informed that he needed his insulin pump.  Finally, plaintiff does not state when he contacted Health Assurance concerning his need for his insulin pump.  It appears to this Court from the allegations that he is naming Health Assurance as a defendant merely because they employ the individuals who allegedly removed the plaintiff's insulin pump and denied him medical care while he was housed at the Harrison County Adult Detention Center.  Accordingly, it is

ORDERED:

1. That the plaintiff file a written response **on or before February 9, 2011**, and provide the following information:

(a) specifically state if the plaintiff is adding Jenny White as a defendant;

(b) if the plaintiff is adding Jenny White as a defendant, the plaintiff must provide the street address where Jenny White can be found for service of summons;

(c) specifically state if the plaintiff wishes to name Officer Rocco as a defendant;

(d) if the plaintiff is adding Officer Rocco as a defendant, the plaintiff must provide the street address where Officer Rocco can be found for service of summons;

(e) specifically state the date and how the plaintiff contacted Health Assurance for medical care;

(f) specifically state if the plaintiff is naming Health Assurance as a defendant merely because it employs the individuals who allegedly removed the plaintiff's insulin pump or denied plaintiff medical care;

(g) specifically state if the plaintiff is naming additional individuals as defendants in this civil action who allegedly denied him his insulin pump and/or medical care; and

(h) if the plaintiff names additional defendants, he is required to state how each newly named defendant violated his constitution rights and provide a street address for each newly named defendant.

2. That plaintiff file his written response with the Clerk, Southern Division, 2012 15th Street, Suite 403, Gulfport, Mississippi 39501.

3. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

4. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 25th day of January, 2011.

                                            *s/ Robert H. Walker*
                                            UNITED STATES MAGISTRATE JUDGE