IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN DUDLEY LAMM**                                                                           **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO.  1:10-cv-493-LG-RHW**

**HEALTH ASSURANCE**                                                                           **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed. R. Civ .P. 41(b).

**SO ORDERED AND ADJUDGED** this the 23rd day of March, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE